# CRIMINAL COMPLAINT

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Orlando Edwards**<br>DOB: 1958; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>19-02226MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 26, 2019, at or near Whetstone, in the District of Arizona, **Orlando Edwards**, knowing and in reckless disregard of the fact that certain illegal aliens, Ernesto Ruiz-Lopez and Augustin Sanchez-Salas, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 26, 2019, at or near Whetstone, in the District of Arizona, United States Border Patrol Agents (BPA) were conducting surveillance on the Rodeway Inn. BPA observed four individuals leave a hotel room and enter a 2006 Ford Expedition driven by **Orlando Edwards**. Previously on August 6, 2019 **Edwards** was observed retrieving a vehicle that was used for alien smuggling and returning to the Rodeway Inn. Also on August 21, 2019 a load driver identified Edwards as the coordinator for his smuggling attempt. BPA followed the 2006 Ford Expedition until performing an immigration inspection stop on State Route 90 near Camino de Mesa. BPA determined the driver, **Orlando Edwards**, was a United States citizen and the four passengers who were attempting to hide in the rear of the vehicle were illegal aliens.

Material witnesses Ernesto Ruiz-Lopez and Augustin Sanchez-Salas stated they crossed the International Boundary Fence and were guided by phone until they reached a road. They were then picked up and taken to a hotel. They stayed at the hotel until they were picked up by the driver of the 2006 Ford Expedition. Augustin Sanchez-Salas stated he made arrangements to be smuggled into the United States for money.

In a post-*Miranda* statement, **Orlando Edwards** stated that on the date of arrest he received a call from an individual that stated he had some friends that needed a ride to Tucson. **Edwards** was told to go to the Rodeway Inn and knock on the door of room #125. Upon knocking on the door, four individuals exited the room and got in his vehicle. **Edwards** stated the individuals were speaking Spanish, which he does not speak or understand. **Edwards** stated that he was going to be paid $50.00 for gas for the trip. **Edwards** claimed to have no knowledge of who rented the hotel room. A subpoena was served at the Rodeway Inn and verified that **Edwards** rented the room from August 24, 2019 to August 26, 2019.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Ernesto Ruiz-Lopez and Augustin Sanchez-Salas

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JW/dc | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 27, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54